FILED

06/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0251

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0251

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

FRANKIE SAMUEL PRADO,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 24, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 17 2024